IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALKER, Nathaniel ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> U.S. Department of Homeland Security, ) <br> Secretary Michael CHERTOFF; United States ) <br> Citizenship and Immigration Services, ) <br> Ruth A. DOROCHOFF, Chicago District ) <br> Director; Jonathan SCHARFIN, Acting Director, ) <br> USCIS; Michael MUKASEY, US Attorney ) <br> General and the United States of America, ) <br> ) <br> Defendants. ) | Case No: <br> FILED: JUNE 19, 2008 <br> 08CV3512 <br> JUDGE HOLDERMAN <br> MAGISTRATE JUDGE ASHMAN <br> <br> TC |

## NOTICE OF FILING

TO:

Patrick Fitzgerald
United States Attorney
219 South Dearborn, 5th Floor
Chicago, IL 60604
**Via Hand Delivery**

Sheila McNulty
Special Assistant United States Attorney
219 South Dearborn, 5th Floor
Chicago, IL 60604
**Via Hand Delivery**

Michael Mukasey
US Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
**Via First Class Mail**

Michael Chertoff
Office of General Counsel
U.S. Dept. of Homeland Security
Washington, DC 20528
**Via First Class Mail**

Jonathan Scharfin
Acting Director, USCIS
20 Massachusetts Ave, NW
Washington DC, 20536
**Via First Class Mail**

1

PLEASE TAKE NOTICE that on June 18, 2008 Plaintiff filed with the United States District Court for the Northern District of Illinois, his Complaint for Writ of Mandamus, a copy of which is hereby delivered to your office on June 18, 2008.

/s/CAROLINA YAMAZAKI
Carolina Yamazaki

### CERTIFICATE OF SERVICE

I, Carolina Yamazaki, certify that I served *Plaintiff's Complaint for Writ of Mandamus* and its attachment upon the above named addressees by e-filing with ECF/CM on June 18, 2008, before 5:00 p.m.

/s/CAROLINA YAMAZAKI
Carolina Yamazaki
AzulaySeiden Law Group
Attorneys for Plaintiff
205 N. Michigan Ave, 40th Floor
Chicago, Illinois 60601
(312)832-9200