IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALKER, Nathaniel | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No: |
| | ) |
| U.S. Department of Homeland Security, | ) |
| Secretary Michael CHERTOFF; United States | ) |
| Citizenship and Immigration Services, | ) |
| Ruth A. DOROCHOFF, Chicago District | ) |
| Director; Jonathan SCHARFIN, Acting Director, | ) |
| USCIS; Michael MUKASEY, US Attorney | ) |
| General and the United States of America, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:

Patrick Fitzgerald
United States Attorney
219 South Dearborn, 5th Floor
Chicago, IL 60604
**Via Hand Delivery**

Sheila McNulty
Special Assistant United States Attorney
219 South Dearborn, 5th Floor
Chicago, IL 60604
**Via Hand Delivery**

Michael Mukasey
US Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
**Via First Class Mail**

Michael Chertoff
Office of General Counsel
U.S. Dept. of Homeland Security
Washington, DC 20528
**Via First Class Mail**

Jonathan Scharfin
Acting Director, USCIS
20 Massachusetts Ave, NW
Washington DC, 20536
**Via First Class Mail**

Ruth Dorochoff
USCIS
101 West Congress Parkway
Chicago, Illinois 60603
**Via First Class Mail**

      PLEASE TAKE NOTICE that on June 18, 2008 Plaintiff filed with the United States District Court for the Northern District of Illinois, his Complaint for Writ of Mandamus, a copy of which is hereby delivered to your office on June 18, 2008.

                                              s/CAROLINA YAMAZAKI
                                              Carolina Yamazaki

### CERTIFICATE OF SERVICE

I, Carolina Yamazaki, certify that I served *Plaintiff's Complaint for Writ of Mandamus* and its attachment upon the above named addressees by e-filing with ECF/CM on June 18, 2008, before 5:00 p.m.

                                              s/CAROLINA YAMAZAKI
                                              AzulaySeiden Law Group
                                              Attorneys for Plaintiff
                                              205 N. Michigan Ave, 40th Floor
                                              Chicago, Illinois 60601
                                              (312)832-9200