AO 440 (Rev. 05 00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

**WALKER, Nathaniel**

CASE NUMBER: 08 cv 3512

V.

ASSIGNED JUDGE: Judge HOlderman

**Michael Chertoff, et. al**

DESIGNATED
MAGISTRATE JUDGE: Judge Ashman

TO: (Name and address of Defendant)

Jonathan Scharfin
Acting Director, USCIS
20 Massachusetts Ave, NW
Washington DC, 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

AzulaySeiden Law Group
205 N Michigan Ave
40th Floor
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 2 3 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 06/26/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carolina Yamazaki | Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent via certified mail to: Jonathan Scharfin
Acting Director, USCIS
20 Massachusetts Ave., NW
Washington DC, 20536

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/26/2008
          Date

Signature of Server
AzulaySeiden Law Group
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jonathan Scharfin<br>Acting Director, USCIS<br>20 Massachusetts Ave, NW<br>Washington DC, 20536 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 0360 0000 4314 2511 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |