## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WALKER, Nathaniel ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael CHERTOFF, et al., ) <br> ) <br> Defendants. ) <br> ) | 08 cv 3512 <br><br> Honorable Judge Holderman |

## AGREED MOTION TO VOLUNTARILY DISMISS WITH LEAVE TO REINSTATE

NOW COMES Plaintiff, Nathaniel WALKER (Walker), by and through his attorneys, AZULAYSEIDEN LAW GROUP, and requests this Court voluntarily dismiss the pending action with leave to reinstate within 60 days for the following reasons:

1. On June 19, 2008, Walker filed a Complaint for Writ of Mandamus on an I-130 petition with this Court alleging that Defendants had not conformed to their duty to compel action on his I-130 petition properly filed with the United States Citizenship and Immigration Service ("USCIS").

2. Since that date, the USCIS has acted on his case.

3. That the underlying reason for filing this Complaint for Writ of Mandamus is now moot.

WHEREFORE, Walker requests that the Complaint for Writ of Mandamus filed in this matter is voluntarily dismissed with leave to reinstate within 60 days.

        Respectfully submitted,

        s/ Carolina Yamazaki__
        Carolina Yamazaki
        AZULAYSEIDEN LAW GROUP
        205 N. Michigan Avenue, 40th Floor
        Chicago, Illinois 60601
        312.832.9200 (ph)
        312.832.9212 (fx)
        sherbek@azulayseiden.com